PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| QUADALUPE CALDERON,<br><br>       Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | CIVIL NO. 1:22-cv-00218-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 13) |

    IT IS HEREBY STIPULATED, by and between Quadalupe Calderon ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 21) be extended by 30 days. The current deadline is August 8, 2022, and the new deadline would be September 7, 2022. Plaintiff shall file any reply on or before September 22, 2022. This is the first extension of time requested in the above-captioned matter. The Parties respectfully seek this extension of time because the Commissioner is currently considering the possible

settlement of this matter without further briefing by the parties but requires additional time to adequately consider the arguments Plaintiff raises in her opening brief.

| | |
|---|---|
| Date:  August 4, 2022 | LAW OFFICES OF FRANCESCO BENAVIDES |
| | By:  /s/ *Francesco Paulo Benavides* * <br> FRANCESCO PAULO BENAVIDES <br> (*Authorized by e-mail on August 4, 2022) <br> Attorneys for Plaintiff |
| Date:  August 4, 2022 | PHILLIP A. TALBERT <br> United States Attorney |
| | By:  /s/ *Sharon Lahey* <br> SHARON LAHEY <br> Special Assistant United States Attorney |

## ORDER

Based upon the foregoing stipulation of the parties (Doc. 13), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including September 7, 2022, in which to file a response to Plaintiff's motion for summary judgment.  All other deadlines set forth in the Scheduling Order (Doc. 8) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 5, 2022**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28