PHILLIP A. TALBERT
United States Attorney
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4827
Email: Sharon.Lahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| QUADALUPE CALDERON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:22-cv-00218-SKO<br><br>STIPULATION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT; ORDER<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED by and between Quadalupe Calderon (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their undersigned counsel of record, that the above-entitled action shall be remanded to the United States Social Security Administration (the "Agency") for further administrative proceedings. Upon remand, the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final

/ / / /

/ / / /

/ / / /

Stip. to Remand; 1:22-cv-00218-SKO

decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated:  August 29, 2022

LAW OFFICES OF FRANCESCO P. BENAVIDES

By: */s/  Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on August 26, 2022

Dated:  August 29, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' above stipulation ("Stipulation to Remand") (Doc. 15), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Quadalupe Calderon and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:  **August 29, 2022**                       /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:22-cv-00218-SKO